IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| ROBERT PARKER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19-cv-54 |
| | § | |
| EVANSTON INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## LIST OF ALL PARTIES AND COUNSEL OF RECORD

1. Robert Parker (Plaintiff)

   Represented by:

   Sean H. McCarthy
   Texas Bar No. 24065706
   smccarthy@whlaw.com
   P. Griffin Bunnell
   Texas Bar No. 24080815
   gbunnell@whlaw.com
   Williams Hart Boundas Easterby, LLP
   8441 Gulf Freeway, Suite 600
   Houston, Texas 77017
   Telephone: (713) 230-2200
   Facsimile: (713) 643-6226

   Andrew C. Cook
   Texas Bar No. 24057481
   acc@texinsurancelaw.com
   The Cook Law Firm, PLLC
   8441 Gulf Freeway, Sixth Floor
   Houston, Texas 77017
   Telephone: (713) 230-2366
   Facsimile: (713) 643-6226

2. Evanston Insurance Company (Defendant)

Represented by:

Martin R. Sadler
Texas Bar No. 00788842
msadler@lawla.com
Christine R. Edwards
Texas Bar No. 24107329
cedwards@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
   A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

        Respectfully submitted,

        */s/ Martin R. Sadler*_____
        Martin R. Sadler
        Texas Bar No.: 00788842
        Federal ID No. 18230
        msadler@lawla.com
        LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
         A LAW CORPORATION
        801 Travis Street, Suite 1800
        Houston, Texas 77002
        Telephone:  (713) 222-1990
        Facsimile:  (713) 222-1996
        ATTORNEY-IN-CHARGE FOR DEFENDANT,
        EVANSTON INSURANCE COMPANY

OF COUNSEL:

Christine R. Edwards
Texas Bar No. 24107329
Federal ID No. 3272073
cedwards@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
   A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 222-1990
Facsimile:  (713) 222-1996

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 17th day of June 2019, a copy of the foregoing has been served upon all counsel of record in this action by ECF Filing and/or facsimile, properly addressed to:

Sean H. McCarthy
smccarthy@whlaw.com
P. Griffin Bunnell
gbunnell@whlaw.com
Williams Hart Boundas Easterby, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017

Andrew C. Cook
acc@texinsurancelaw.com
The Cook Law Firm, PLLC
8441 Gulf Freeway, Sixth Floor
Houston, Texas 77017

                                              */s/ Martin R. Sadler*
                                              Martin R. Sadler